**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**      **:**

**vs.**      **: CRIMINAL NO.:  26-00094-KD-MU**

**TOMMY YARNELL JONES**      **:**

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. stop) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) Two of the Indictment, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, is now accepted and the Defendant is adjudged guilty of such offense.  A sentencing hearing has been scheduled for **February 5, 2027, at 9:00 a.m.**

**DONE and ORDERED** this **11th day** of **August 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**